Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Civil Division

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2019 AUG -5 AM 11:53
DEPUTY CLERK

| | |
|---|---|
| Brian Evans, Individually and as Administrator of the Estate of Helen Bousquet - Pro Se </br></br>*Plaintiff(s)*</br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*</br>-v-</br></br>FIDELITY BROKERAGE SERVICES LLC</br>900 SALEM STREET</br>SMITHFIELD, RI 02917</br></br>*Defendant(s)*</br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:19-cv-70</br>*(to be filled in by the Clerk's Office)*</br></br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian Evans |
| Street Address | 101 Stone Mill Run, Unit 61 |
| City and County | Athens (Clark) |
| State and Zip Code | Georgia 30605 |
| Telephone Number | 407-747-6955 |
| E-mail Address | belasvegas@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: FIDELITY BROKERAGE SERVICES LLC
    Job or Title *(if known)*:
    Street Address: 900 SALEM STREET
    City and County: SMITHFIELD, PROVIDENCE COUNTY
    State and Zip Code: MASSACHUSETTS, 02917
    Telephone Number: 617-563-7000
    E-mail Address *(if known)*:

Defendant No. 2
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Brian Evans, is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* FIDELITY BROKERAGE SERVICES L**L**, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Massachusetts.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Fidelity employees provided false and misleading information that resulted in losses exceeding $570,000. The recorded phone calls will confirm that false and misleading information provided to Plaintiffs resulted in the these losses.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Fidelity employees provided false and misleading information that resulted in losses exceeding $570,000. The recorded phone calls will confirm that false and misleading information provided to Plaintiffs resulted in the these losses. Between August 2018 and February 2019, employees of Fidelity LLC provided recorded information that resulted in catastrophic losses. An attorney for Fidelity then engaged in false statements that sought to engage Brian Evans, in his individual capacity (and not as Administrator of the Estate of Helen Marie Bousquet) into a settlement that was based on further misrepresentation, as the recorded and written evidence will show.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$570,000 are the damages being claimed. Fidelity representatives, in recorded phone calls, advised the Plaintiffs that a stock could be purchased and "held overnight." Just minutes before the close of business, despite Plaintiffs having funds and approved margin in the account, "Risk Management" sold all of the stock, which then increased at a price of $30+ a share. Plaintiffs owned 10,000 shares of this certain stock. Despite being advised in this recorded call that the shares would not be sold, they were. Recorded misinformation and bad faith attempts to settle, with some emails specifically stating certain things had to be "outside the agreement," will confirm this.

Plaintiff originally, in his individual capacity, attempted to settle the case in good faith through FINRA, but the evidence will show this not to be the case, that certain promises were not adhered to, and that no agreement was made with Plaintiff in his capacity as Administrator of The Estate of his mother, Helen Marie Bousquet. Defendants, with their misinformation, completely wiped out Plaintiffs account after a wrongful death case had been settled following his mother's death after what was supposed to be a routine knee surgery. To date, 39 U.S. Governor's have issued Sleep Apnea Proclamations, most of which mentions Plaintiffs by name. Plaintiff than ran for, and became the nominee for, the US Congress in 2018 due on a platform of medical errors and banks.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/05/2019

Signature of Plaintiff

Printed Name of Plaintiff: Brian Evans

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address