

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2019 SEP -9 PM 1:03
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF GEORGIA

## ATHENS DIVISION

BRIAN EVANS,

Administrator of The Estate of Helen M. Bousquet

v.

Fidelity Brokerage, LLC, et al

Civil Action No. 3:19-CV-70-CDL

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, BRIAN EVANS and as Administrator of The Estate of Helen Marie Bousquet herein

files this Motion to Dismiss Without Prejudice. The Defendants have yet to file an Answer in

this Complaint. Additionally, no attorney for the Defendants filed an Appearance in this case,

nor any proof of service filed.

Plaintiff has a series of medical issues that currently prevent him from proceeding with this case

on his own, see Exhibit A. These issues have become increasingly worse.

Respectfully,

Brian Evans

9/7/2019

## **PROOF OF SERVICE**

A copy of this Motion has been mailed to the Defendants, at the address listed below.

Fidelity Brokerage Services, LLC

900 Salem Street

Smithfield, MA 02917 via prepaid US Postal Mail on this 7th day of September 2019

Respectfully,

Brian Evans