**EXHIBIT A**

# Kaiser Permanente

ATHENS MEDICAL OFFICE INTERNAL MEDICINE
2142 West Broad Street
Athens GA 30606-3546

Encounter Date:  7/22/2019

Patient:  Brian Evans
Health Record Number:  2155963

To Whom It May Concern:

Brian Evans had inguinal hernia surgery. The mesh failed, requiring a second surgery.
He is in Athens, Georgia awaiting a third required surgery.

Sincerely,

Daniel C Grizzle, MD