IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BRIAN EVANS, individually and as Administrator of the estate of HELEN BOUSQUET,

    Plaintiff,

v.

FIDELITY BROKERAGE SERVICES, LLC,

    Defendant.

Case No. 3:19-cv-70-CDL

## **J U D G M E N T**

Pursuant to this Court's Order dated September 20, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case without prejudice.

This 20th day of September, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk